**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000547
25-JUN-2026
08:55 AM
Dkt. 32 ODSD**

NO. CAAP-25-0000547

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KAUILA PROPERTY MANAGEMENT LLC; KEALAKAI SUMERA-LEE,
Plaintiffs-Appellees,
v.
FRANCIS GRANDINETTI, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DRC-25-0001701)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before March 2, 2026;

(2) Self-represented Defendant-Appellant Francis Grandinetti (**Grandinetti**) failed to file the opening brief or request a further extension of time;

(3) On March 19, 2026, the appellate clerk entered a default notice informing Grandinetti that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 30,

2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 30, and Grandinetti could request relief from default by motion;

(4) The appellate clerk mailed the notice of entering case on calendar and the default notice to Grandinetti at his address on record.  The United States Postal Service did not return the notice of entering case on calendar but returned the default notice as not deliverable and unable to forward; and

(5) Grandinetti has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken further action in this appeal since the court granted his October 31, 2025 motion for, among other things, a second extension of time to file the opening brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 25, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge